**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6224

TIMOTHY WIMS, a/k/a Timothy Derrinado Davis, a/k/a John Darren Delgado,

Petitioner - Appellant,

v.

WARDEN, FCI Edgefield,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. R. Bryan Harwell, District Judge. (0:16-cv-02302-RBH)

Submitted: August 29, 2017                     Decided: September 15, 2017

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Wims, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Wims, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm. *See Beckles v. United States*, 137 S. Ct. 886, 894-95 (2017) (United States Sentencing Guidelines not subject to void for vagueness challenge and therefore *Johnson v. United States*, 135 S. Ct. 2551 (2015), did not invalidate the residual clause of the definition of a crime of violence under the Guidelines). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*